UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              : CHAPTER: 13
                                                    :
MELISSA WALKER                                      :
                                                    : BANKRUPTCY NO. 18-16939-AMC

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the court, Debtor Melissa Walker substitutes Clair M. Stewart, Esquire, State Bar No. 86967 as Debtor's counsel of record in place of Allan K. Marshall, Esquire.

Contact information for new counsel is as follows:

Clair M. Stewart, Esquire
Attorney ID No. 86967
100 S. Broad Street Suite 1523
Philadelphia, PA 19110
215-564-5150 (phone) 215-405-8055 (fax)
clairstewart@cstewartlaw.com

I consent to the above substitution.

Date: 2-25-2019                         _mwalker_____
                                         Melissa Walker, Debtor

I consent to the above substitution.

Date: 2/25/19                           _Allan K. Marshall_____
                                         Allan K. Marshall, Esquire    2/25/19

I consent to the above substitution.

Date: 2-25-2019                         _Clair M. Stewart_____
                                         Clair M. Stewart, Esquire

The substitution of attorney is hereby approved and so ORDERED.

Date: **March 5, 2019**                 _____
                                         Honorable Ashely M. Chan

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER: 13 |
| MELISSA WALKER | |
| | BANKRUPTCY NO. 18-16939-AMC |

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing Consent Order Granting Substitution of Attorney with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

United States Trustee

Chapter 13 Trustee

Kevin G. McDonald, Esquire
Rebecca Ann Solarz, Esquire
KML LAW GROUP, P.C.
701 Market St. Suite 5000
Philadelphia, PA 19106

**ALLAN K. MARSHALL, ESQUIRE**
Allan K. Marshall
1819 JFK Blvd. #400
Philadelphia, PA 19103


Date: 3/1/2019                /s/ Clair M. Stewart
                              Clair M. Stewart, Esquire
                              Counsel for Debtor