United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-16939-amc
Melissa Walker                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore              Page 1 of 2                  Date Rcvd: Mar 05, 2019
                              Form ID: pdf900              Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2019.
```
db            +Melissa Walker,    55 E. Stratford Avenue,    Lansdowne, PA 19050-2059
14215019     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:  A H F C,     201 Little Falls Dr,    Wilmington, DE 19808)
14215020      +Berkheimer,    P O Box 25144,    Lehigh Valley, PA 18002-5144
14215022     #+Eastern Account System,    75 Glen Rd Ste 310,    Sandy Hook, CT 06482-1175
14215023      +KML Law Group,    Att Jill Jenkins, Esq,    701 Market St #5000,    Philadelphia, PA 19106-1541
14215025      +Medical Data Systems I,    645 Walnut St Ste 5,    Gadsden, AL 35901-4173
14215028      +PECO,    P O Box 37629,    Philadelphia, PA 19101-0629
14223703      +REBECCA ANN SOLARZ,    Visio Financial Services, Inc,    C/O KML Law Group, P.C.,
               710 Market Street,    Suite 5000,    Philadelphia, PA 19106-2312
14215029      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
14215031      +Visio Financial Services,    1905 Kramer Lane, #B-700,    Austin, TX 78758-4063
14250588      +Visio Financial Services, Inc.,    c/o BSI Financial Services,
               314 S Franklin St., P.O. Box 517,    Titusville, PA 16354-0517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Mar 06 2019 03:09:48     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 06 2019 03:09:33
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 06 2019 03:09:45     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14215021      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 06 2019 03:18:50     Cach, Llc,
               4340 S Monaco St Unit 2,    Denver, CO 80237-3485
14215024      +E-mail/Text: bncnotices@becket-lee.com Mar 06 2019 03:09:25     Kohls/Capone,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14236812       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 06 2019 03:18:35     LVNV Funding, LLC,
               c/o Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
14215026      +E-mail/Text: bkr@cardworks.com Mar 06 2019 03:09:23     Merrick Bank,    Po Box 9201,
               Old Bethpage, NY 11804-9001
14215027      +E-mail/PDF: cbp@onemainfinancial.com Mar 06 2019 03:18:59     Onemain,    Po Box 499,
               Hanover, MD 21076-0499
14250741       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 06 2019 03:30:10
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14231366      +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 06 2019 03:09:44     Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14215030      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 06 2019 03:09:23
               Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                             TOTAL: 11
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14223704         Visio Financial Services, Inc.
                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: JEGilmore              Page 2 of 2                  Date Rcvd: Mar 05, 2019
                              Form ID: pdf900              Total Noticed: 22
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2019 at the address(es) listed below:
```
              ALLAN K. MARSHALL    on behalf of Debtor Melissa  Walker akm6940@aol.com
              CLAIR M. STEWART    on behalf of Debtor Melissa  Walker clairstewart@cstewartlaw.com,
               clairstewartecfmail@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Visio Financial Services, Inc. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Visio Financial Services, Inc.
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          CHAPTER: 13

MELISSA WALKER

                                                                BANKRUPTCY NO. 18-16939-AMC

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the court, Debtor Melissa Walker substitutes Clair M. Stewart, Esquire, State Bar No. 86967 as Debtor's counsel of record in place of Allan K. Marshall, Esquire.

Contact information for new counsel is as follows:

Clair M. Stewart, Esquire
Attorney ID No. 86967
100 S. Broad Street Suite 1523
Philadelphia, PA 19110
215-564-5150 (phone) 215-405-8055 (fax)
clairstewart@cstewartlaw.com

I consent to the above substitution.

Date: 2-25-2019

Melissa Walker, Debtor

I consent to the above substitution.

Date: 2/25/19

Allan K. Marshall, Esquire       2/25/19

I consent to the above substitution.

Date: 2-25-2019

Clair M. Stewart, Esquire

The substitution of attorney is hereby approved and so ORDERED.

Date: **March 5, 2019**

Honorable Ashely M. Chan

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | CHAPTER: 13 |
| MELISSA WALKER | |
| | BANKRUPTCY NO. 18-16939-AMC |

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing Consent Order Granting Substitution of Attorney with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

United States Trustee

Chapter 13 Trustee

Kevin G. McDonald, Esquire
Rebecca Ann Solarz, Esquire
KML LAW GROUP, P.C.
701 Market St. Suite 5000
Philadelphia, PA 19106

**ALLAN K. MARSHALL, ESQUIRE**
Allan K. Marshall
1819 JFK Blvd. #400
Philadelphia, PA 19103

Date: 3/1/2019                    /s/ Clair M. Stewart
                                  Clair M. Stewart, Esquire
                                  Counsel for Debtor