

**R.O. BUILDERS LLC.**

*Engineering your Visions,*
*Creating your reality.*
**215-239-8657**

March 2, 2019                                                                                              LIC PA #108107

RE: Verification for Melissa Walker

To Whom it may concern:

    This is to certify that Ms. Melissa Walker is an independent contractor at R.O. Builders LLC and was with the company since Dec 2016. Currently Melissa is our Paint Prep and Property Cleaner and works Monday- Friday 8am-4pm with the company. She is paid $833 a week. If you have any questions, please contact our office at 215-239-8657

Sincerely,

*Ricardo*

Ricardo Nugent

Supervisor