B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Melissa Walker**  
Debtor(s)

Case No.  **18-16939**  
Chapter  **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept | $ **3,932.25** |
   | Prior to the filing of this statement I have received | $ **2,000.00** |
   | Balance Due | $ **1,932.25** |

2. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **(a) Providing the pre-filing notices required by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005;
   (b) Preparation and filing of your petition, schedules, supplemental local forms, Chapter 13 Plan, and mailing matrix;
   (c) Circulating a copy of the Chapter 13 plan to all creditors and interested parties as reflected in the case matrix and service of amended plan if appropriate;
   (d) Drafting and mailing letters to you regarding your attendance at the § 341 meeting of creditors, escrow of first money, and your other responsibilities;
   (e) Preparing for and attending the § 341 meeting of creditors;
   (f) Reviewing the confirmation order and periodic case status reports from the Chapter 13 Trustee;
   (g) Reviewing the Motion of Trustee for Determination of Status of Claims in confirmed plan;
   (h) Maintaining custody and control of all case files with original documents for such periods as prescribed by law or Local Rule;
   (i) Serving orders on all affected parties;
   (j) Verifying your identity and social security number and furnishing to the Chapter 13 Trustee your IDs, tax returns, and payment advices, if required;
   (k) Defending objections to confirmation of your Chapter 13 Plan filed by the Chapter 13 Trustee; and
   (l) Preparing and filing Local Form 8 or Local Form 8HD.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   **(a) Abandonment of property post-confirmation;
   (b) Motions for moratorium;
   (c) Motions for authority to sell property;
   (d) Motions to modify plan;
   (e) Motions to use cash collateral or to incur debt.
   (f) Defense of motions for relief from stay or co-debtor stay;
   (g) Defense of motions to dismiss filed after confirmation of your plan;**

In re     **Melissa Walker**                                        Case No.    **18-16939**
                          Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED
(Continuation Sheet)

**(h) Stay violation litigation, including amounts paid as fees by the creditor or other parties;**
**(i) Post-discharge injunction actions;**
**(j) Adversary proceedings;**
**(k) Motions to turnover property;**
**(l) Conversions to Chapter 7;**
**(m) Motions to substitute collateral; and**
**(n) Any other matter not covered by the base fee**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 13, 2019**
*Date*

**/s/ Clair M. Stewart**
**Clair M. Stewart 86967**
*Signature of Attorney*
**Clair M. Stewart, Attorney at Law**
**100 S. Broad Street #1523**
**Philadelphia, PA 19110**
**215-564-5150   Fax: 215-405-8055**
**clairstewart@cstewartlaw.com**
*Name of law firm*