# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-16939-AMC

MELISSA WALKER

55 E. STRATFORD AVENUE

LANSDOWNE, PA 19050

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    MELISSA WALKER

    55 E. STRATFORD AVENUE

    LANSDOWNE, PA 19050

**Counsel for debtor(s), by electronic notice only.**
    CLAIR M STEWART
    100 S. BROAD STREET
    SUITE 1523
    PHILADELPHIA, PA 19110-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

        /s/ William C. Miller

Date: 4/10/2019

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee