# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Melissa Walker<br>    Debtor(s)<br><br>VISIO FINANCIAL SERVICES, INC., its successors and/or assigns<br>    Movant<br>  vs.<br>Melissa Walker<br>    Debtor(s)<br><br>William C. Miller Esq.<br>    Trustee | CHAPTER 13<br><br>NO. 18-16939 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of VISIO FINANCIAL SERVICES, INC., which was filed with the Court on or about **April 1, 2019, docket number 44**.

              Respectfully submitted,

              By: **/s/ Kevin G. McDonald, Esquire**
                Kevin G. McDonald, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                215-627-1322
                Attorney for Movant/Applicant

August 2, 2019