```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
```

In re:                                                                     Case No. 18-16939-amc
Melissa Walker                                                             Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Stacey                 Page 1 of 1                  Date Rcvd: Aug 12, 2019
                               Form ID: pdf900              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2019.
db             +Melissa Walker,   55 E. Stratford  Avenue,    Lansdowne, PA 19050-2059

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2019 at the address(es) listed below:
          CLAIR M. STEWART    on behalf of Debtor Melissa  Walker clairstewart@cstewartlaw.com,
           clairstewartecfmail@gmail.com
          KEVIN G. MCDONALD    on behalf of Creditor    Visio Financial Services, Inc. bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Visio Financial Services, Inc.
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

_____

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER: 13 |
|  | : |  |
| MELISSA WALKER, | : | BANKRUPTCY NO. 18-16939 |
|  | : |  |
| **Debtor** | : |  |
| _____ | : |  |

## ORDER

AND NOW, this __12th__ day of __August__, 2019, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses and upon the certification of the Debtor's Counsel (the "Applicant") that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

IT is hereby ORDERED that:

1. The Application is **GRANTED.**

2. Costs in the amount of **$31.00** and compensation is allowed in favor of the Applicant in the amount of **$3,932.25** for total payment of costs and fees in the amount of **$3,963.25.**

3. To the extent that funds are available, the Chapter 13 Trustee is authorized to distribute to the Applicant the allowed costs and compensation, **less $2,000.00** which was paid by the Debtor prepetition, as an administrative expense pursuant to 11 U.S.C. §1326 (b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. In the event that this case is dismissed under the Bankruptcy Code, this Court shall retain jurisdiction concerning all Application(s) for Compensation of Counsel fees for Clair. M. Stewart, counsel for debtor, for the purpose of the payment and allowance of counsel fees and issue an accompanying Order.

5. All remaining funds, if any, shall be disbursed in accordance with 11 U.S.C. §349(b)(3).

BY THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Judge