**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| **In Re:** : | |
| : | CHAPTER 13 |
| **Melissa Walker** : | CASE NO. 18-16939-AMC |
| : | |
| **Debtor** : | |
| : | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that the undersigned hereby enters his appearance as counsel for Creditor, **Auto Equity Loans of DE, LLC**, in the above proceeding and, pursuant to Bankruptcy Rule 2002 and 9010(b) and requests that his/her name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

> Brian E. Caine, Esq.
> PARKER McCAY P.A.
> 9000 Midlantic Drive, Suite 300
> Mount Laurel, NJ 08054
> 856-985-4059

DATED: October 17, 2019

> By:   /s/  Brian E. Caine
> BRIAN E. CAINE, ESQ
> PA Attorney ID #86057
> **PARKER McCAY P.A.**
> 9000 Midlantic Drive; Suite 300
> P.O. Box 5054
> Mt. Laurel, NJ 08054
> (856) 985-4059
> Fax (856)-596-3427
> bcaine@parkermccay.com
> Attorney for Auto Equity Loans of DE, LLC