**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
MELISSA WALKER

Chapter 13

Debtor    Bankruptcy No. 18-16939-AMC

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: March 4, 2020**

_____  
Ashely M. Chan  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
CLAIR M STEWART  
100 S. BROAD STREET  
SUITE 1523  
PHILADELPHIA, PA 19110-

Debtor:  
MELISSA WALKER

55 E. STRATFORD AVENUE

LANSDOWNE, PA 19050