```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                          Case No. 18-16939-amc
Melissa Walker                                                  Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: Stacey                Page 1 of 2          Date Rcvd: Mar 04, 2020
                              Form ID: pdf900             Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2020.
db             +Melissa Walker,    55 E. Stratford Avenue,    Lansdowne, PA 19050-2059
14215019      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: A H F C,    201 Little Falls Dr,    Wilmington, DE 19808)
14407754       +Auto Equity Loans of DE, LLC,    C/O BRIAN E. CAINE,    9000 Midlantic Drive, Suite 300,
                 P.O. Box 5054,    Mt. Laurel, NJ 08054-5054
14406998       +Auto Equity Loans of DE, LLC,    c/o Brian E. Caine, Esq.,    PARKER McCAY P.A.,
                 9000 Midlantic Drive, Suite 300,    Mount Laurel, NJ 08054-1539
14215020       +Berkheimer,    P O Box 25144,    Lehigh Valley, PA 18002-5144
14215023       +KML Law Group,    Att Jill Jenkins, Esq,    701 Market St #5000,    Philadelphia, PA 19106-1541
14215025       +Medical Data Systems I,    645 Walnut St Ste 5,    Gadsden, AL 35901-4173
14223703       +REBECCA ANN SOLARZ,    Visio Financial Services, Inc,    C/O KML Law Group, P.C.,
                 710 Market Street,    Suite 5000,    Philadelphia, PA 19106-2312
14215029       +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
14215031       +Visio Financial Services,    1905 Kramer Lane, #B-700,    Austin, TX 78758-4063
14250588       +Visio Financial Services, Inc.,    c/o BSI Financial Services,
                 314 S Franklin St., P.O. Box 517,    Titusville, PA 16354-0517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 05 2020 03:51:56     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 05 2020 03:51:32
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 05 2020 03:51:41     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14215021       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 05 2020 04:00:58     Cach, Llc,
                 4340 S Monaco St Unit 2,    Denver, CO 80237-3485
14215024       +E-mail/Text: bncnotices@becket-lee.com Mar 05 2020 03:51:11     Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14236812        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 05 2020 03:57:44     LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
14215026       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 05 2020 04:00:49     Merrick Bank,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
14215027       +E-mail/PDF: cbp@onemainfinancial.com Mar 05 2020 03:59:02     Onemain,    Po Box 499,
                 Hanover, MD 21076-0499
14215028       +E-mail/Text: bankruptcygroup@peco-energy.com Mar 05 2020 03:51:13     PECO,    P O Box 37629,
                 Philadelphia, PA 19101-0629
14250741        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 05 2020 03:59:07
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14231366       +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 05 2020 03:51:38     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14215030       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 05 2020 03:51:06
                 Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14223704         Visio Financial Services, Inc.
14215022       ##+Eastern Account System,    75 Glen Rd Ste 310,    Sandy Hook, CT 06482-1175
                                                                                  TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                            Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: Stacey                 Page 2 of 2                   Date Rcvd: Mar 04, 2020
                               Form ID: pdf900              Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2020 at the address(es) listed below:
          BRIAN E. CAINE    on behalf of Creditor    Auto Equity Loans of DE, LLC bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          CLAIR M. STEWART    on behalf of Debtor Melissa  Walker clairstewart@cstewartlaw.com,
           clairstewartecfmail@gmail.com
          KEVIN G. MCDONALD    on behalf of Creditor    Visio Financial Services, Inc. bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Visio Financial Services, Inc.
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>MELISSA  WALKER | Chapter 13 |
| Debtor | Bankruptcy No. 18-16939-AMC |

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: March 4, 2020**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CLAIR M STEWART
100 S. BROAD STREET
SUITE 1523
PHILADELPHIA, PA 19110-

Debtor:
MELISSA  WALKER

55 E. STRATFORD AVENUE

LANSDOWNE, PA 19050